# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IKRAM ALSAADY, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. _____ ) |
| THE KROGER CO. d/b/a KROGER and JOHN DOE, | ) ***Removed from Gwinnett County State*** ) ***Court*** ) ***Civil Action Number: 22-C-04233-S4*** |
| Defendant. | |

## NOTICE OF REMOVAL BY DEFENDANT

COMES NOW The Kroger Co., (hereinafter referred to as "Defendant" or "Kroger") by and through undersigned counsel, and shows this Honorable Court the following:

1.

This civil action was filed in the State Court of Gwinnett County, Georgia, said county being part of the Northern District of Georgia. (N.D.G.A. Local Rule 3.1(A), LR App. A, I). This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries and medical expenses, and the United States District Court for the Northern District of Georgia has

jurisdiction by reason of the diversity of citizenship of the parties.

3.

The matter in dispute is believed to exceed $75,000.00, the statutory amount in controversy, exclusive of interest and costs, as Plaintiff's counsel has represented in writing that Plaintiff seeks to recover medical damages of at least $371,589.97 related to this incident. Such document evidencing the amount in controversy is attached hereto as Exhibit "A".

4.

(a)     At the time of the commencement of this action in State Court, upon information and belief, and according to Plaintiff's *Complaint for Damages*, Plaintiff, Ikram Alsaady, was and is now, a citizen of Georgia.

(b)     At the time the action was commenced and at the present time, Defendant was and still is a corporation, incorporated and existing under and by virtue of the laws of Ohio having its principal place of business in Ohio, and a citizen of Ohio.

5.

A true and correct copy of all process, pleadings, and orders served upon Defendant in this action are attached hereto as Exhibit "B."

On August 3, 2022, Defendant received a copy of the Summons and Complaint filed by Plaintiff in Gwinnett County State Court. (See Plaintiff's Summons and Complaint, attached hereto as Exhibit "B").

7.

The instant *Petition for Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b) within thirty days after the receipt by Defendant's counsel of Plaintiff's Summons and Complaint, attached as Exhibit "B.".

8.

Furthermore, the instant *Petition for Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(c)(1) within one year of the commencement of the action.

9.

Accordingly, this action, over which the United States District Court for the Northern District of Georgia has original jurisdiction under 28 U.S.C. § 1332, is removable to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441.

10.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391,

and N.D.G.A. Local Rule 3.1(B)(1)(a). Specifically, Plaintiff's Complaint was filed in the State Court of Cobb County, which is part of the Atlanta Division. *See* N.D.G.A. Local Rule 3.1(A), LR App. A, I.

11.

As required by 28 U.S.C. § 1446(d), Defendant shall give written notice hereof to all adverse parties and shall file a copy of this *Notice of Removal* with the Clerk of the State Court of Gwinnett County.

WHEREFORE, Defendant, The Kroger Co., requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted this the 2nd day of August, 2022.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 1700 Atlanta Plaza | Matthew G. Moffett |
| 950 East Paces Ferry Road | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870-7386 | Georgia State Bar No.: 412593 |
| Facsimile: (404) 870-1033 | Attorneys for Defendant The Kroger Co. |

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the *Notice of Removal by Defendant* with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

Jason Barrett Green
**MORGAN & MORGAN, PLLC**
P.O. Box 57007
Atlanta, Georgia 30343-1007
jgreen@forthepeople.com

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14 point font.

Respectfully submitted this the 2nd day of August, 2022.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 1700 Atlanta Plaza | Matthew G. Moffett |
| 950 East Paces Ferry Road | Georgia State Bar No.:  515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia State Bar No.:  412593 |
| Facsimile:  (404) 870-1033 | Attorneys for Defendant The Kroger Co. |