Removal from the

State Court of Gwinnett County

CAFN: 18-C-08610-S3

Ikram Alsaady v. The Kroger Co. d/b/a Kroger and John Doe

# EXHIBIT A

Documents of Plaintiff Seeking $371,589.97 in Medical Damages.

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

IKRAM ALSAADY,                          )
                                        )
    Plaintiff,                      )
                                        )    CIVIL ACTION FILE
v.                                      )    NO.  18-C-08610-S3
                                        )
THE KROGER CO. d/b/a KROGER             )
and JOHN DOE,                           )
                                        )
    Defendants.                     )

### PLAINTIFF IKRAM ALSAADY'S FOURTH SUPPLEMENTAL RESPONSES TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW Plaintiff, Ikram Alsaady, and supplements her response to Defendant The Kroger Company's First Interrogatories to Plaintiff and First Request for Production of Documents to Plaintiff, as follows:

### GENERAL OBJECTIONS

Plaintiff's investigation and discovery in this matter are continuing, and Plaintiff reserves the right to supplement, modify, or amend these responses, if necessary, to conform to facts and evidence.  All rights of the Plaintiff are expressly reserved and nothing in the responses that follow is intended as or serves as a waiver of any and all rights of the Plaintiff consistent with the Georgia Civil Practice Act.

Plaintiff objects to Defendant's Interrogatories and Requests accompanying instructions and definitions to the extent that they seek to impose any obligation on the Plaintiff, for supplementation or otherwise, beyond that required by the Georgia Civil Practice Act.

Plaintiff objects to Defendant The Kroger Company's Interrogatories and Requests to Production to the extent that they seek information or documents protected by the attorney-client

privilege, the work-product doctrine, or any other applicable immunity.

Subject to and without waiving the foregoing objections, Plaintiff responds to each Interrogatory and Request as follows:

### THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORIES

5.

Please itemize all expenses and special damages which you claim resulted from the incident complained of, including, but not limited to, medical and hospital expenses, and loss of earnings or wages. **(REFERENCE TO ANY ATTACHED DOCUMENTS WILL NOT SATISFY THE REQUIREMENTS OF O.C.G.A § 9-11-9(g)).**

**SUPPLEMENTAL RESPONSE:**

| | Provider | Date(s) of Service | Total Amount |
|---|---|---|---|
| 1. | Gwinnett Medical Center<br>1000 Medical Center Blvd. Lawrenceville, GA 30046 | 09/23/2015 | $683.00 |
| 2. | Gwinnett Emergency Specialists<br>P.O. BOX 120153 Grand Rapids, MI 49528 | 09/23/2015 | $303.00 |
| 3. | Georgia Health Imaging<br>500 18th Street Suite B 50 Columbus, GA 31901 | 03/10/2016 | $1,850.00 |
| 4. | Strickland Family Medicine Center<br>665 Duluth Hwy #501, Lawrenceville, GA 30045 | 04/30/2016-05/02/2016 | $204.00 |
| 5. | Benchmark Physical Therapy<br>8823 Production Lane Ooltewah, TN 37363 | 05/27/2016 - 06/29/2016 | $3,549.00 |
| 6. | OrthoAtlanta, LLC<br>3672 Marathon Circle, Ste. 200, Austell, GA 30106 | 07/05/2016-07/19/2016 | $463.00 |
| 7. | Sports Medicine South, LLC<br>1900 Riverside Parkway, Lawrenceville, GA 30043 | 08/02/2016-10/11/2016 | $1,668.00 |
| 8. | Brain and Spine Institute of Gwinnett<br>631 Professional Drive, Suite 360 Lawrenceville, GA 30046 | 09/08/2016-12/01/2016 | $645.00 |

| | | |
|---|---|---|
| 9.  North Georgia Urgent Care<br>1630 Pleasant Hill Road Suite 340 Duluth, GA 30096 | 09/27/2016 | $419.00 |
| 10. Polaris Spine & Neurosurgery Center<br>1150 E. Hammond Drive, Ste. 400, Atlanta, GA 30328 | 10/24/2019- Current | $1,445.00 |
| 11. American Health Imaging<br>2200 Century Parkway, N.E., Suite 600, Atlanta, GA 30345 | 11/09/2019-09/15/2020 | $5,745.00 |
| 12. Atlanta Spine<br>2675 N. Decatur Rd., Ste. 401, Decatur, GA 30033 | 08/27/2020-Present | Will Supplement |
| 13. Surgery Estimate from Atlanta Spine | | $354,615.97 |
| | **Medical Total** | $371,589.97 |

**See attached records regarding Dr. Walkup and Dr. Bhatti's surgical recommendation.**

See attached medical records, billing statements, and Medical Summary. Plaintiff reserves the right to supplement her response to this Interrogatory.

10.

Please provide a computation of each category of damages claimed by you in your Complaint or in this case, inclusive of all special, general and other damages.

   <u>**SUPPLEMENTAL RESPONSE:**</u>

| <u>Provider</u> | <u>Date(s) of Service</u> | <u>Total Amount</u> |
|---|---|---|
| 1.  Gwinnett Medical Center<br>1000 Medical Center Blvd. Lawrenceville, GA 30046 | 09/23/2015 | $683.00 |
| 2.  Gwinnett Emergency Specialists<br>P.O. BOX 120153 Grand Rapids, MI 49528 | 09/23/2015 | $303.00 |
| 3.  Georgia Health Imaging<br>500 18th Street Suite B 50 Columbus, GA 31901 | 03/10/2016 | $1,850.00 |

4.  Strickland Family Medicine Center                04/30/2016-05/02/2016    $204.00
    665 Duluth Hwy #501, Lawrenceville, GA 30045

5.  Benchmark Physical Therapy                       05/27/2016 - 06/29/2016  $3,549.00
    8823 Production Lane Ooltewah, TN 37363

6.  OrthoAtlanta, LLC                                07/05/2016-07/19/2016    $463.00
    3672 Marathon Circle, Ste. 200, Austell, GA 30106

7.  Sports Medicine South, LLC                       08/02/2016-10/11/2016    $1,668.00
    1900 Riverside Parkway, Lawrenceville, GA 30043

8.  Brain and Spine Institute of Gwinnett            09/08/2016-12/01/2016    $645.00
    631 Professional Drive, Suite 360 Lawrenceville, GA 30046

9.  North Georgia Urgent Care                        09/27/2016               $419.00
    1630 Pleasant Hill Road Suite 340 Duluth, GA 30096

10. Polaris Spine & Neurosurgery Center              10/24/2019- Current      $1,445.00
    1150 E. Hammond Drive, Ste. 400, Atlanta, GA 30328

11. American Health Imaging                          11/09/2019-09/15/2020    $5,745.00
    2200 Century Parkway, N.E., Suite 600, Atlanta, GA 30345

12. Atlanta Spine                                    08/27/2020-Present       Will Supplement
    2675 N. Decatur Rd., Ste. 401, Decatur, GA 30033

13. Surgery Estimate                                                          $354,615.97
                                           **Medical Total**                  $371,589.97

    **See   attached   records   regarding   Dr.   Walkup   and   Dr.   Bhatti's   surgical recommendation.**

    See attached medical records, billing statements, and Medical Summary. Plaintiff reserves the right to supplement her response to this Interrogatory.

11.

With respect to all medical and healthcare treatments or services rendered to you for the injuries you contend resulted from the Incident and for which you seek to recover damages pursuant to in your Complaint and case, please provide the following information:

(a)     The identity of all medical and healthcare providers, including but not limited to chiropractors, rendering any treatment or service to you;

(b)     The dates of each said treatment or service rendered by each provider;

(c)     An itemization of all expenses (bills or invoices) resulting from each treatment or service rendered by each provider;

(d)     The identity of any individual or entity (including but not limited to any insurer, ERISA plan, employer, government, government agency or contractor and settlement funding or investment or finance company), making any payment for any said treatment or service rendered, and the amount or benefit provided or paid as to each treatment or service rendered to you;

(e)     As to any individual or entity identified in subsection (d) above, please further provide any policy number, claim number, HICN (Medicare Health Insurance Claim Number), CAN (Medicare claim account number), BIC (Medicare beneficiary identification code number), Medicaid number or claim number, or other policy or claim or identification number provided to you.

(f)     As to any individual or entity identified in subsection (d) above, please further state whether you have been informed or notified that any said individual or entity makes or asserts any claim or lien or set aside or right of reimbursement or

subrogation interest and if so identify any said individual or entity, the method of notification and date of same;

(g)     As to any settlement funding or investment or finance company, identified in subsection (d) above, or which otherwise asserts any lien or right or claim in any way related to your Complaint and case or anticipated recovery, please state the specific amount of money paid by said entity to or on your behalf to any medical or healthcare provider, identify each entity making any payment and identify and describe any documentation regarding same; and,

(h)     An itemization by medical or healthcare provider of all unpaid expenses (bills or invoices) as to any treatment or service rendered.

**SUPPLEMENTAL RESPONSE:**

| | Provider | Date(s) of Service | Total Amount |
|---|---|---|---|
| 1. | Gwinnett Medical Center<br>1000 Medical Center Blvd. Lawrenceville, GA 30046 | 09/23/2015 | $683.00 |
| 2. | Gwinnett Emergency Specialists<br>P.O. BOX 120153 Grand Rapids, MI 49528 | 09/23/2015 | $303.00 |
| 3. | Georgia Health Imaging<br>500 18th Street Suite B 50 Columbus, GA 31901 | 03/10/2016 | $1,850.00 |
| 4. | Strickland Family Medicine Center<br>665 Duluth Hwy #501, Lawrenceville, GA 30045 | 04/30/2016-05/02/2016 | $204.00 |
| 5. | Benchmark Physical Therapy<br>8823 Production Lane Ooltewah, TN 37363 | 05/27/2016 - 06/29/2016 | $3,549.00 |
| 6. | OrthoAtlanta, LLC<br>3672 Marathon Circle, Ste. 200, Austell, GA 30106 | 07/05/2016-07/19/2016 | $463.00 |
| 7. | Sports Medicine South, LLC<br>1900 Riverside Parkway, Lawrenceville, GA 30043 | 08/02/2016-10/11/2016 | $1,668.00 |

| | | |
|---|---|---|
| 8. Brain and Spine Institute of Gwinnett<br>631 Professional Drive, Suite 360 Lawrenceville, GA 30046 | 09/08/2016-12/01/2016 | $645.00 |
| 9. North Georgia Urgent Care<br>1630 Pleasant Hill Road Suite 340 Duluth, GA 30096 | 09/27/2016 | $419.00 |
| 10. Polaris Spine & Neurosurgery Center<br>1150 E. Hammond Drive, Ste. 400, Atlanta, GA 30328 | 10/24/2019- Current | $1,445.00 |
| 11. American Health Imaging<br>2200 Century Parkway, N.E., Suite 600, Atlanta, GA 30345 | 11/09/2019-09/15/2020 | $5,745.00 |
| 12. Atlanta Spine<br>2675 N. Decatur Rd., Ste. 401, Decatur, GA 30033 | 08/27/2020-Present | Will Supplement |
| 13. Surgery Estimate | | $354,615.97 |
| | **Medical Total** | $371,589.97 |

See attached medical records, billing statements, and Medical Summary. Plaintiff reserves the right to supplement her response to this Interrogatory.

17.

Identify any experts with whom you have consulted pertaining to the Incident; your contended injuries and damages or claims asserted in your Complaint and case, and state whether any said expert has provided to you a written report or document pertaining to the foregoing.

**SUPPLEMENTAL RESPONSE**: Harvinder S. Bhatti, M.D. – Atlanta Spine - 2675 N. Decatur Rd., Ste. 401, Decatur, GA 30033.

18.

Pursuant to O.C.G.A. § 9-11-26, please identify each person you expect to call as an expert witness at the trial of this case, and in connection with each such person, please state the subject matter on which said expert is expected to testify, as well as the substance of the facts and opinions as to which each such expert is expected to testify, and a summary of the grounds

for each opinion.  As to any expert identified, please state whether any said expert has provided

to you a written report or document pertaining to the said opinions proffered.

**SUPPLEMENTAL RESPONSE:**  Harvinder S. Bhatti, M.D. – Atlanta Spine - 2675 N.

Decatur Rd., Ste. 401, Decatur, GA 30033. Dr. Bhatti will testify that Ms. Alsaady's symptoms

were aggravated by the incident at Kroger and the recommended surgery is medically necessary

to address her injuries and symptoms.

## SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION

5.

All documents, items, materials or things upon which you rely in support of your special,

general and other damages that you seek to recover in this case, and as to your computation of

each category of damages.

**SUPPLEMENTAL RESPONSE:** All documents in Plaintiff's possession, custody or

control are produced herewith. As discovery is ongoing, Plaintiff reserves the right to

supplement this response in accordance with the Georgia Civil Practice Act.

This 30th day of October 2020.        */s/ Andrew L. Hagenbush*
                                      ANDREW L. HAGENBUSH
                                      Georgia Bar No.:  127945
                                      Counsel for Plaintiff

MORGAN & MORGAN, ATLANTA PLLC
191 Peachtree Street, N.E.
Suite 4200
Atlanta, GA  30303
Telephone: (404) 965-8811
Facsimile:  (404) 965-8812
ahagenbush@forthepeople.com

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

IKRAM ALSAADY,                          )
                                        )
    Plaintiff,                      )
                                        )       CIVIL ACTION FILE
v.                                      )       NO.  18-C-08610-S3
                                        )
THE KROGER CO. d/b/a KROGER             )
and JOHN DOE,                           )
                                        )
    Defendants.                     )

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused service of the within and foregoing

**PLAINTIFF IKRAM ALSAADY'S FOURTH SUPPLEMENTAL RESPONSE TO**

**DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODCUTION**

**OF DOCUMENTS** to be made upon all parties to the above-styled action via United States Mail

with sufficient postage affixed thereon, addressed as follows:

William Carson, Esq.
Matthew Moffett, Esq.
Gray, Rust, St. Amand, Moffett & Brieske, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA  30326

This 30th day of October, 2020.

MORGAN & MORGAN, ATLANTA PLLC
191 Peachtree Street, N.E.
Suite 4200
Atlanta, GA 30303
Telephone: (404) 965-8811
Facsimile: (404) 965-8812
ahagenbush@forthepeople.com

_/s/ Andrew L. Hagenbush_
ANDREW L. HAGENBUSH
Georgia Bar No.: 127945
Counsel for Plaintiff